IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NOAH AND REBEKAH ARD, | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| v. | ) CASE NO.: 2:04-cv-1189-MEF |
| | ) |
| PROFESSIONAL RESOURCES | ) |
| MANAGEMENT, a/k/a MAXIMUM | ) |
| EFFICIENCY SQUARED, LLC, | ) (WO-Not Recommended for Publication) |
| | ) |
| DEFENDANT. | ) |

**ORDER**

This cause is before the court on the Motion to Reconsider, or, Alternatively, to Certify Final Judgment (Doc. # 61). The court has carefully considered the arguments in support of and in opposition to this motion. It is hereby ORDERED that the Motion to Reconsider, or, Alternatively, to Certify Final Judgment (Doc. # 61) is DENIED.

DONE this the 1st day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE